IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. MINETTE,

    Petitioner,

  v.                                         Case No.  19-cv-908-wmc

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Robert L. Minette denying Minette's petition under 28 U.S.C. § 2255 and dismissing this case.

    s/ K. Frederickson, Deputy Clerk           September 28, 2021
    Peter Oppeneer, Clerk of Court                   Date